1  PRESTON EASLEY, ESQ./Cal. SBN 108347
2  (maritime@earthlink.net)
   PETER YOVANOVICH, ESQ./Cal. SBN 305794
3  (max@prestoneasley.com)
   LAW OFFICES OF PRESTON EASLEY APC
4  2500 Via Cabrillo Marina, Suite 106
5  San Pedro, California 90731-7724
   Telephone: (310)832-5315
6  Facsimile: (310)832-7730
7
8  Attorneys for Plaintiff
         RODERICK NAVARRO
9
10             UNITED STATES DISTRICT COURT
11
12             SOUTHERN DISTRICT OF CALIFORNIA
13

14  RODERICK NAVARRO,                    Case No.: **'21 CV 0248 BAS LL**
15           Plaintiff,                  IN ADMIRALTY
16       v.
                                         COMPLAINT FOR DAMAGES
17
    UNITED STATES OF AMERICA,
18
19           Defendant.
20

21
22       COMES NOW PLAINTIFF RODERICK NAVARRO and complains of
23  defendant and alleges:
24       1. At all times relevant hereto plaintiff RODERICK NAVARRO was an
25  electrician employed by National Steel and Shipbuilding Company in San Diego,
26  California.
27
28

2.  Defendant UNITED STATES OF AMERICA ("USA") is a sovereign which has consented to be sued herein under the Suits in Admiralty Act, 46 U.S.C. Sec. 741-752, and the Public Vessels Act, 46 U.S.C. Sec. 781-790.

3.  Federal jurisdiction in this action is based on the Suits In Admiralty Act, 46 U.S.C. Sec. 781-790; the Public Vessels Act, 46 U.S.C. Sec. 781-790, admiralty, 28 U.S.C. Sec. 1333 and the General Maritime Law.  This is an action in admiralty pursuant to Federal Rule of Civil Procedure 9(h).

4.  At all times relevant hereto plaintiff's employer, National Steel and Shipbuilding Company, was providing repair services aboard the USS BONHOMME RICHARD (LHD-6).

5.  At all times relevant hereto defendant UNITED STATES OF AMERICA owned and operated the vessel USS BONHOMME RICHARD (LHD-6) which it managed, operated and controlled in coastwise, intercoastal and foreign navigation.

6.  On or about January 21, 2020, plaintiff RODERICK NAVARRO suffered severe and disabling injuries when he tripped over an unmarked horizontal metal bar near the deck in Lower B on the USS BONHOMME RICHARD (LHD-6) which was in navigable waters in San Diego Harbor, California at Naval Base, San Diego, also known as 32nd Street Naval Base.  Defendant USA breached its duty to turn over the vessel to plaintiff and his co-workers in such condition that an expert and experienced ship repairman could carry out repair operations with reasonable safety to persons and property.  Defendant USA breached its duty to warn plaintiff of a hidden danger in his work space.  Defendant USA breached its duty to exercise due care to avoid exposing plaintiff to harm from hazards he may encounter in areas or from equipment under the active control of the vessel during repair operations.  Defendant USA breached its duty to properly conduct required daily safety inspections (also known as fire and housekeeping inspections) and ensure that corrective measures were taken to remove or barricade and place

1   caution signs and orange cones around subject horizontal bar and intervene to
2   correct the hazard.

3       7.  As a result of defendant USA's negligent conduct plaintiff was hurt and
4   injured in his health, strength and activity, sustaining serious injuries, all of which
5   injuries have caused, and continue to cause, plaintiff great mental, physical and
6   nervous pain and suffering and loss of enjoyment of life, both past and future, in an
7   amount to be proven at trial.  Plaintiff is informed and believes and thereon alleges
8   that such injuries will result in permanent disability to him.

9       8.  As a further result of defendant USA's negligent conduct, plaintiff has
10  incurred and will continue to incur medical and related expenses, the full amount
11  of which is not known to plaintiff at this time, and plaintiff will move to amend
12  this complaint to state such amount when the same becomes known to him, on
13  proof thereof.  The amount of plaintiff's past and future medical expenses will be
14  proven at trial.

15      9.  As a further result of defendant USA's negligent conduct, plaintiff's
16  earning capacity has been greatly impaired, both past and future, and plaintiff has
17  suffered and will continue to suffer a loss of wages, fringe benefits, wage earning
18  capacity and ability to perform household services, both past and future, in an
19  amount which will be proven at trial.

20      WHEREFORE, plaintiff prays judgment against defendant as follows:
21      1.  For general damages, according to proof;
22      2.  For damages for medical and related expenses, both past and future,
23          according to proof;
24      3.  For damages for lost earnings, both past and future, and loss of earning
25          capacity and fringe benefits and loss of ability to perform household
26          services, both past and future, according to proof;
27      4.  For prejudgment interest, according to proof;
28      5.  For costs of suit herein incurred; and

6. For such other and further relief as the Court may deem proper.


Date:  January 20, 2021                    s/Preston Easley
                                           PRESTON EASLEY
                                           Attorney for Plaintiff
                                           RODERICK NAVARRO